AARON D. FORD
Attorney General
KEITH G. MUNRO, BAR NO. 5074
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1272
E-mail: kmunro@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN B. HODGES,<br><br>              Plaintiff,<br><br>v.<br><br>WARDEN HARTMAN, *et al.*,<br><br>              Defendant. | Case No. 3:23-cv-00113--MMD-CLB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Steven B. Hodges, pro se, and the Interested Party, the Nevada Department of Corrections, stipulate that the above-captioned action, and all related claims known and unknown, should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 23 day of August 2023

By: _____
STEVEN B. HODGES, #73224
*Plaintiff Pro Se*

it is so ordered.
dated: August 23, 2023

DATED this 23 day of August, 2023

AARON D. FORD
Attorney General

By: _____
Keith G. Munro,
Deputy Attorney General
100 N. Carson Street
Carson City, NV 89701-4717
(775) 684-1272

_____
US District Judge

Page 1