UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN BRADLEY HODGES, | Case No. 3:23-cv-00113-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| WARDEN HARTMAN, *et al.*, | |
| Defendants. | |

This action began with a *pro se* civil rights complaint filed under 42 U.S.C. § 1983 by a state prisoner. Plaintiff Steven Hodges has submitted an application to proceed *in forma pauperis* demonstrating that he is able to pay the full $402 filing fee for a civil action. (ECF No. 1.) Based on the financial information provided, the Court denies the application to proceed *in forma pauperis* and directs Plaintiff to pay the $402 filing fee in full before this case may proceed.

Plaintiff must pay the full filing fee of $402 on or before October 10, 2023 to proceed with this case. Alternatively, if Plaintiff's financial situation has changed, he may submit a new application to proceed *in forma pauperis* with an inmate account statement for the past six months and a properly executed financial certificate demonstrating his indigent status. After the Court determines the matter of the payment of the filing fee, it will issue an order on the matter of service.

It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied.

It is further ordered that Plaintiff must pay the full filing fee of $402 to the Clerk of Court on or before October 10, 2023 to proceed with this case. Alternatively, if Plaintiff's financial status has changed, Plaintiff must demonstrate his indigent status by submitting a new application to proceed *in forma pauperis* with an inmate account statement for the

past six months and a properly executed financial certificate to this Court on or before October 10, 2023.

The Clerk of Court is directed to send Plaintiff a new application to proceed *in forma pauperis* and instructions for the same.

It is further ordered that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice.

DATED THIS 7th Day of September 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE